UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM M. TYREE<br>P.O. BOX-100<br>SOUTH WALPOLE, MA. 02071<br>PLAINTIFF, Pro se<br><br>V.<br><br><br>UNITED STATES ARMY<br>CID AGENT PAUL MASON (Retired)<br>CID AGENT JOSEPH BURZENSKI (Retired)<br>DEFENDANTS<br>U.S. Department of Justice<br>John J. Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>(Main phone: 617-748-3100)<br>Counsel for Defendants | C.A. 04-11430-RCL<br><br>PLAINTIFF'S MOTION FOR THE UNITED STATES FEDERAL MARSHAL TO MAKE SERVICE ON DEFENDANT CID AGENT JOSEPH BURZENSKI, U.S. ARMY, (RETIRED), OR IN THE ALTERNATIVE, ORDER THAT SERVICE OF THE SUMMONS AND RELATED AMENDED COMPLAINT MAY BE MADE ON THE U.S. ATTORNEY FOR THE STATE OF MASSACHUSETTS. |

Comes now the Plaintiff, William M. Tyree, who moves this U.S. District Court, (USDC), to allow this motion in full and Order that:

    1. the U.S. Marshal will serve Defendant Buzenski (since this Defendant refused Certified U.S. Mail Return Receipt Requested service of the Amended Complaint on July 14, 2004);

or in the alternative:

    2. Order that the Plaintiff will serve the Summons and Amended Complaint with supporting documents on the U.S. Attorney for the State of Massachusetts.

It is paryed that this Motion be addressed quickly.

Respectfully submitted,

*William M. Tyree*                               July 22, 2004

William M. Tyree
Pro se, P.O. Box-100
S. Walpole, MA. 02071