UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM M. TYREE<br>P.O. BOX-100<br>SOUTH WALPOLE, MA. 02071<br>PLAINTIFF, Pro se<br><br>V.<br><br><br>UNITED STATES ARMY<br>CID AGENT PAUL MASON (Retired)<br>CID AGENT JOSEPH BURZENSKI (Retired)<br>DEFENDANTS<br>U.S. Department of Justice<br>John J. Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>(Main phone: 617-748-3100)<br>Counsel for Defendants | C.A. 04-11430-RCL<br><br><br><br><br>AFFIDAVIT OF WILLIAM M. TYREE<br>IN SUPPORT OF MOTION FOR SERVICE<br>ON CID AGENT JOSEPH BURZENSKI,<br>U.S. ARMY, (RETIRED). |

I, William M. Tyree, on oath state:

1. That, I am the named Plaintiff in the above entitled case.

2. That, as the moving party in this action I am required to move this case forward.

3. That, I did in good faith attempt to serve Defendant Burzenski via Certified U.S. Mail, Return Receipt Requested, which this Defendant refused to accept as of July 14, 2004.

4. That, I am without specific funding to pay for any service other than Certified Mail, as I have been incarcerated for the past 25 years due to the illegal actions of the Defendants in this case which have only recently come to light and are now before this U.S. District Court.

5. That, I have moved for an Order directing the U.S. Marshal to make service on Defendant Burzenski, or in the alternative, to

Page two

    Order that I may serve the Summons and Amended Complaint for Defendant Burzenski on the U.S. Attorney for the State of Massachusetts.

6. That, in order for this case to go forward, I need a ruling on this matter at the earliest date the USDC can arrange.

7. That, if the USDC does not order this relief the Defendant Burzenski will continue to ignore service, escape process, and judicial review of his civil rights violations alleged within the Amended Complaint before this USDC.

Signed under the pains and penalties of perjury on this date, July 22, 2004.

*William M. Tyree*
William M. Tyree
Pro se, P.O. Box-100
S. Walpole, MA. 02071

# United States District Court

EASTERN DISTRICT OF MASSACHUSETTS

WILLIAM M. TYREE

V.

U.S. ARMY CID AGENT JOSEPH BURZENSKI (Retired)
U.S. Department of Justice
John J. Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-11430 RCL

TO: (Name and Address of Defendant)

Defendant Joseph Burzenski
~~XXXXXXXXXXXXXXXXX~~
138 Country Lane
Leominster, MA. 01453

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

DATE 6-29-04

BY DEPUTY CLERK



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM M. TYREE<br>P.O. BOX-100<br>SOUTH WALPOLE, MA. 02071<br>PLAINTIFF, Pro se<br><br>V.<br><br><br>UNITED STATES ARMY<br>CID AGENT PAUL MASON (Retired)<br>CID AGENT JOSEPH BURZENSKI (Retired)<br>DEFENDANTS<br>U.S. Department of Justice<br>John J. Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>(Main phone: 617-748-3100)<br>Counsel for Defendants | C.A. 04-11430-RCL<br><br><br>AFFIDAVIT OF WILLIAM M. TYREE ATTESTING TO SERVICE OF THE SUMMONS, AMENDED COMPLAINT, AND SUPPORTING DOCUMENTS SEEN IN ATTACHED LETTER OF JULY 3, 2004 ON DEFENDANT(s) U.S. ARMY, AND CID AGENT PAUL MASON. |

I, William M. Tyree, on oath state:

1. That, I am the named Plaintiff in the above entitled case.

2. That, I did serve the Defendant(s) U.S. Army, and CID Agent Paul Mason, via Certified U.S. Mail Return Receipt Requested to their counsel of record, the U.S. Attorney, State of Massachusetts. Service was effected on the U.S. Attorney for the following reasons:

   (a). U.S. Attorney represents the United States Army for matters in the Commonwealth of Massachusetts;

   (b). the wherebaouts of CID Agent Paul Mason, (USA, Retired), is unknown to me.

3. That, the Certified Mail Packets to the U.S. Army, and to CID Agent Paul Mason, were both delivered and signed for on July 15, 2004, see attached Certified Mail Cards to verify that fact.

4. That, the Certified Mail Return Receipt Requested package to

Page two

    CID Agent Joseph Burzenski, (USA, Retired), was refused as of July 14, 2004.

5. That, service has been made on Defendant(s) U.S. Army and CID Agent Paul Mason.

    Signed under the pains and penalties of perjury on this date, July 22, 2004.

*William M. Tyree*
William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071

July 3, 2004


United States District Court
**Attn: Lawrence P. Cohen**
    **United States Magistrate-Judge**
John J. Moakley Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

&

United States District Court
**Attn:  United States Attorney**
       **State Of Massachusetts**
John J. Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210



**RE: Tyree v. U.S. Army, Et al.**
    <u>C.A. 04-11430-RCL - Filed 6/23/04.</u>


Dear Magistrate Cohen and U.S. Attorney Sullivan:

     Inaddition to the individual summons served on Defendant U.S. Army, Defendant U.S. Army CID Agent Paul Mason, and U.S. Army CID Agent Joseph Burzenski, please find the following in this packet which is served on all parties in this case:

  1- Subpoena to U.S. Attorney Sullivan (for U.S. Army Document: "Verified USA DA Form 4187 1 May 74");
  1- Subpoena to U.S. Army Records Keeper at the Pentagon (for "Verified USA DA Form 4187 1 May 74");
  1- Subpoena to U.S. Army Records Keeper at U.S. Army Reserve Personnel Center, St. Louis, MO. (for "Verified USA DA Form 4187 1 May 74");

    * All subpoenas were served on U.S. Attorney Sullivan as counsel of record for the United States government;

  1- Plaintiff's Motion To file Two Sided Copies Of Pleadings With The United States District Court;
  1- Affidavit Of The Plaintiff Confirming Nolle Prosequi And Dismissal Of Criminal Charges For Insufficient Evidence Which Brought About False Arrest;
  1- Plaintiff's Motion For The United States District Court Magistrate To Adopt The Plaintiff's Proposed Finding Of Fact And Conclusion Of Law On The Plaintiff's Amended

Page three

If I can be of further assistance please do not hesitate to contact me at the address below.

Thank you for your time in this matter.

Respectfully submitted,

William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071


cc: Defendant(s) Mason and Burzenski
    file





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paul Mason/Dept. of Justice
   John J. Moakley Courthse
   1 Courthse Way, Suite 9200
   Boston, Massachusetts
   02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signed]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7003 0500 0004 5797 6812

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-103

---

UNITED STATES POSTAL SERVICE

[postmark: BOSTON MA 021 FM 2004]    26

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bill Tyree

P.O. Box-100

S. Walpole, MA. 02071

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.95 |
| Certified Fee | 230 |
| Return Reciept Fee (Endorsement Required) | 175 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Paul Mason/Dept. of Justice
Street, Apt. No.; or PO Box No. Courthse Way, Suite 9200
City, State, ZIP+4 Boston, MA. 02210

7003 0500 0004 5797 6812

PS Form 3800, June 2002    See Reverse for Instructions