UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

```
WILLIAM M. TYREE              )    C.A. 04-11430-RCL
P.O. BOX-100                  )
SOUTH WALPOLE, MA. 02071      )
PLAINTIFF, Pro se             )
                              )
                              )    AFFIDAVIT OF WILLIAM M. TYREE
v.                            )    ATTESTING TO SERVICE OF THE
                              )    SUMMONS, AMENDED COMPLAINT,
                              )    AND SUPPORTING DOCUMENTS SEEN
UNITED STATES ARMY            )    IN ATTACHED LETTER OF JULY 3,
CID AGENT PAUL MASON (Retired))    2004 ON DEFENDANT(s) U.S. ARMY,
CID AGENT JOSEPH BURZENSKI (Retired) )  AND CID AGENT PAUL MASON.
DEFENDANTS                    )
U.S. Department of Justice    )
John J. Moakley Courthouse    )
1 Courthouse Way, Suite 9200  )
Boston, Massachusetts 02210   )
(Main phone: 617-748-3100)    )
Counsel for Defendants        )
```

I, William M. Tyree, on oath state:

1. That, I am the named Plaintiff in the above entitled case.

2. That, I did serve the Defendant(s) U.S. Army, and CID Agent Paul Mason, via Certified U.S. Mail Return Receipt Requested to their counsel of record, the U.S. Attorney, State of Massachusetts. Service was effected on the U.S. Attorney for the following reasons:

    (a). U.S. Attorney represents the United States Army for matters in the Commonwealth of Massachusetts;

    (b). the wherebaouts of CID Agent Paul Mason, (USA, Retired), is unknown to me.

3. That, the Certified Mail Packets to the U.S. Army, and to CID Agent Paul Mason, were both delivered and signed for on July 15, 2004, see attached Certified Mail Cards to verify that fact.

4. That, the Certified Mail Return Receipt Requested package to

Page two

CID Agent Joseph Burzenski, (USA, Retired), was refused as of July 14, 2004.

5. That, service has been made on Defendant(s) U.S. Army and CID Agent Paul Mason.

Signed under the pains and penalties of perjury on this date, July 22, 2004.

*William M. Tyree*
William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071