July 3, 2004

Filed
7-20-04
[initials]

United States District Court
**Attn: Lawrence P. Cohen**
      **United States Magistrate-Judge**
John J. Moakley Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

&

United States District Court
**Attn:  United States Attorney**
       **State Of Massachusetts**
John J. Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210


RE: **Tyree v. U.S. Army, Et al.**
    **C.A. 04-11430-RCL - Filed 6/23/04.**


Dear Magistrate Cohen and U.S. Attorney Sullivan:

   Inaddition to the individual summons served on Defendant
U.S. Army, Defendant U.S. Army CID Agent Paul Mason, and U.S.
Army CID Agent Joseph Burzenski, please find the following
in this packet which is served on all parties in this case:

   1- Subpoena to U.S. Attorney Sullivan (for U.S. Army Document:
      "Verified USA DA Form 4187 1 May 74");
   1- Subpoena to U.S. Army Records Keeper at the Pentagon (for
      "Verified USA DA Form 4187 1 May 74");
   1- Subpoena to U.S. Army Records Keeper at U.S. Army Reserve
      Personnel Center, St. Louis, MO. (for "Verified USA DA
      Form 4187 1 May 74");

      * All subpoenas were served on U.S. Attorney Sullivan as
        counsel of record for the United States government;

   1- Plaintiff's Motion To file Two Sided Copies Of Pleadings
      With The United States District Court;
   1- Affidavit Of The Plaintiff Confirming Nolle Prosequi
      And Dismissal Of Criminal Charges For Insufficient Evidence
      Which Brought About False Arrest;
   1- Plaintiff's Motion For The United States District Court
      Magistrate To Adopt The Plaintiff's Proposed Finding Of
      Fact And Conclusion Of Law On The Plaintiff's Amended

COPY

## Issued by the
## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

WILLIAM M. TYREE

V.

UNITED STATES ARMY, ET AL

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: C.A. 04-11430-RCL

**TO:** Records Keeper, U.S. Army, The Pentagon, 101 Army Pentagon, Washington, D.C. 20310-0101.

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): You are commanded to produce and serve upon the Plaintiff, and the United States District Court, a Certified True Copy of the "Verified USA DA Form 4187 1 May 74" which reflects the exact time and date that the U.S. Army changed the military status of the Plaintiff from" Present for duty" to "Confined Civil Authorities" in U.S. Army 201 File.

| PLACE Produce and serve on the U.S. District Court, and the Plaintiff before or on September 1, 2004 at their address. | DATE AND TIME September 1, 2004 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) William M. Tyree, Pro se, Plaintiff | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William M. Tyree, B-5, MCI-Walpole, P.O. Box-100, S. Walpole, MA. 02071

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

¹ If action is pending in district other than district of issuance, state district under case number.

COPY

## Issued by the
## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

WILLIAM M. TYREE

V.

UNITED STATES ARMY, ET AL

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: C.A. 04-11430-RCL

**TO:** Records Keeper, U.S. Army, Reserve Personnel Records Center, St. Louis, MO.

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): You are commanded to produce and serve upon the Plaintiff, and the United States District Court, a Certified True Copy of the "Verified USA DA Form 4187 1 May 74" which reflects the exact time and date that the U.S. Army changed the military status of the Plaintiff from "Present for duty" to "Confined Civil Authorities" in U.S. Army 201 File.

| PLACE Produce and serve on the U.S. District Court, and the Plaintiff before or on September 1, 2004 at their address. | DATE AND TIME September 1, 2004 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) William M. Tyree, Pro se, Plaintiff | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
William M. Tyree, B-5, MCI-Walpole, P.O. Box-100, S. Walpole, MA. 02071

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

¹ If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

COPY

## Issued by the
## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

WILLIAM M. TYREE

V.

UNITED STATES ARMY, ET AL

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: C.A. 04-11430-RCL

TO: United States Attorney, Michael J. Sullivan, U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, Massachusetts, 02210 - Counsel For The United States Army.

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): You are commanded to produce and serve upon the Plaintiff, and the United States District Court, a Certified True Copy of the "Verified USA DA Form 4187 1 May 74" which reflects the exact time and date that the U.S. Army changed the military status of the Plaintiff from" Present for duty" to "Confined Civil Authorities" in U.S. Army 201 File.

| PLACE Produce and serve on the U.S. District Court, and the Plaintiff before or on September 1, 2004 at their address. | DATE AND TIME September 1, 2004 |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) William M. Tyree, Pro se, Plaintiff | DATE |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William M. Tyree, B-5, MCI-Walpole, P.O. Box-100, S. Walpole, MA. 02071

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.