UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM M. TYREE<br>P.O. BOX-100<br>SOUTH WALPOLE, MA. 02071<br>PLAINTIFF, Pro se<br><br>V.<br><br>UNITED STATES ARMY<br>CID AGENT PAUL MASON (Retired)<br>CID AGENT JOSEPH BURZENSKI (Retired)<br>DEFENDANTS<br>U.S. Department of Justice<br>John J. Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>(Main phone: 617-748-3100)<br>Counsel for Defendants | C.A. 04-11430-RCL<br><br>PLAINTIFF'S MOTION TO FILE<br>TWO SIDED COPIES OF PLEADINGS<br>WITH THE UNITED STATES DISTRICT<br>COURT IN THIS CASE. |

Comes now the Plaintiff, William M. Tyree, **Pro se**, who moves this United States District Court, (USDC), to allow this Motion and Order that the Plaintiff may file two sided copies of documents in this case for the following reasons:

(1). Massachusetts Paper Act was designed to reduce the amount of papers being used in the course of Commonwealth business;

(2). Massachusetts Dept. of Correction, (DOC), have limited resources in the aftermath of the "9-11 Terror Attacks" and as such all inmates are encouraged to request that a court accept two sided copies of pleadings so as to conserve available resources;

(3). it would reduce the thickness of the USDC to accept two sided copies that are neatly photocopied on both sides.

For these reasons the Plaintiff moves this USDC to allow this Motion in full.

Respectfully submitted,                                      July 3, 2004

*William M. Tyree*
William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071