UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM M. TYREE<br>P.O. BOX-100<br>SOUTH WALPOLE, MA. 02071<br>PLAINTIFF, Pro se<br><br>V.<br><br>UNITED STATES ARMY<br>CID AGENT PAUL MASON (Retired)<br>CID AGENT JOSEPH BURZENSKI (Retired)<br>DEFENDANTS<br>U.S. Department of Justice<br>John J. Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>(Main phone: 617-748-3100)<br>Counsel for Defendants | C.A. 04-11430-RCL<br><br>PLAINTIFF'S MOTION FOR THE<br>UNITED STATES DISTRICT COURT<br>MAGISTRATE JUDGE TO ADOPT THE<br>PLAINTIFF'S PROPOSED FINDING<br>OF FACT AND CONCLUSION OF LAW<br>ON THE PLAINTIFF'S AMENDED<br>COMPLAINT SUPPORTED BY EXHIBITS<br>1-7, AND SUPPLEMENTAL PLEADINGS |

Comes now the Plaintiff, William M. Tyree, **Pro se**, who moves this United States District Court, (USDC), to allow this Motion in full, and adopt the Plaintiff's Proposed Findings Of Fact And Conclusion Of Law which is attached. The reasons for allowing this Motion are set out within the attached Proposed Finding.

Respectfully submitted,                                July 3, 2004

*William M. Tyree*
William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071