UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM M. TYREE<br>P.O. BOX-100<br>SOUTH WALPOLE, MA. 02071<br>PLAINTIFF, Pro se<br><br>V.<br><br>UNITED STATES ARMY<br>CID AGENT PAUL MASON (Retired)<br>CID AGENT JOSEPH BURZENSKI (Retired)<br>DEFENDANTS<br>U.S. Department of Justice<br>John J. Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>(Main phone: 617-748-3100)<br>Counsel for Defendants | C.A. 04-11430-RCL<br><br>PLAINTIFF'S MOTION TO EFFECT SERVICE OF AMENDED COMPLAINT WITH EXHIBIT(s) 1-7 IN SUPPORT AND SUPPLEMENTAL PLEADINGS SERVED ON UNITED STATES DISTRICT COURT BY MAILING SAME TO THE NAMED DEFENDANTS VIA CERTIFIED U.S. MAIL RETURN RECEIPT REQUESTED. |

Comes now the Plaintiff, William M. Tyree, **Pro se**, who moves this United States District Court, (USDC), to allow this Motion and ORDER that service of the Amended Complaint, with Exhibit(s) 1-7, and the additional initial pleadings may be served on the Defendants via U.S. Certified Mail, Return Receipt Requested, and the Receipts will be returned to the USDC to verify proof of service of these pleadings. As grounds to allow this Motion the Plaintiff would state: (1). He is incarcerated and cannot effect service any other way; (2). in prior cases the USDC has always allowed this form of service; (3). this form of service has never failed to serve the Defendants either at their work or home address, or through their attorney of record. Based on these facts the PLaintiff moves this USDC to allow this Motion in full.