**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WILLIAM M. TYREE | 04-11430-RCL |
| DEFENDANT | TYPE OF PROCESS |
| US ARMY | AMENDED COMPLAINT |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. ARMY

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
OFFICE OF U.S. ATTORNEY; AUSA MICHEAL P. SADY, ESQUIRE, 9200 JOHN J. MOAKLEY COURTHSE, BOSTON, MA. 02210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM M. TYREE
PRO SE
P.O. BOX-100
S. WALPOLE, MA. 02071

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

(INITIAL SERVICE ON US ARMY ALREADY MADE — U.S.D.C. ORDERED RESERVICE DUE TO TWO SIDED COPIES MADE ON DEFENDANT. NUMBER OF PROCESS IS ONLY ONE FOR THAT REASON. (ORDER ENCLOSED)

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
William M. Tyree
TELEPHONE NUMBER: NONE
DATE: 1/21/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 01/27/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
ILONA FERRARA - RECEPTIONIST

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/28/05   Time: 10:00 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | —0— | —0— | 45.00 | 45.00 | —0— | —0— |

REMARKS:

**PRIOR EDITIONS MAY BE USED**      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)

# United States District Court

EASTERN DISTRICT OF MASSACHUSETTS

WILLIAM M. TYREE

v.

U.S. ARMY
U.S. Department of Justice
John J. Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-11430 RCL

TO: (Name and Address of Defendant)

Defendant U.S. Army
(SERVE: AUSA Michael P. Sady
U.S. Attorneys Office, Civil Process Clerk
Counsel of Record)

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE 6-29-04