U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PLAINTIFF: William M. Tyree
COURT CASE NUMBER: 04-11430-RCL
DEFENDANT: Paul Alreson - U.S. Army CID (Ret.)
TYPE OF PROCESS: Civil

SERVE
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AUSA Michael P. Sady

AT
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. Atty's Office, Fed. Courthouse, Fan Pier, Boston, MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Henry H. Amsden
15 Bridge St.
Manchester, MA 01944

Number of process to be served with this Form - 285:
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-905-3531
DATE: 2/9/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: No. 38
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 2/5/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Ferrara, I Long (Receptionist)

Date of Service: 2/9/05
Time: 2:33 pm

Service Fee: 45.00
Total Mileage Charges (including endeavors): -0-
Forwarding Fee: -0-
Total Charges: 45.00

REMARKS:

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

# United States District Court

EASTERN DISTRICT OF MASSACHUSETTS

## SUMMONS IN A CIVIL ACTION

WILLIAM M. TYREE

V.

CASE NUMBER: 04-11430 RCL

U.S. ARMY CID AGENT MASON (Retired)
U.S. Department of Justice
John J. Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

TO: (Name and Address of Defendant)

Defendant Paul Mason
(SERVE: AUSA Michael P. Sady
        U.S. Attorneys Office, Civil Process Clerk
        Counsel of Record
Mason address is unknown)

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE  6-29-04