UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 25  P 3:07

U.S. DISTRICT COURT
DISTRICT OF MASS

WILLIAM M. TYREE )
P.O. BOX-100 )
SOUTH WALPOLE, MA. 02071 )
PLAINTIFF, Pro se )
 )
V. )
 )      C.A. 04-11430-RCL
 )
 )      Plaintiff's Motion To
 )      Stay Proceedings Pending
 )      Mandamus Review Of
UNITED STATES ARMY )      Reinstatement Of The
CID AGENT PAUL MASON (Retired) )      Plaintiff In The U.S. Army
CID AGENT JOSEPH BURZENSKI (Retired) )      By The U.S. Court Of Appeals
DEFENDANTS )      For The First Circuit.
U.S. Department of Justice )
John J. Moakley Courthouse )
1 Courthouse Way, Suite 9200 )
Boston, Massachusetts 02210 )
(Main phone: 617-748-3100) )
Counsel for Defendants )

Comes now the Plaintiff, William M. Tyree, **Pro se**, who moves this United States District Court, (USDC), to allow this Stay of Proceedings pursuant to Rule 62 of the FRCP, for the reasons set out in the attached Motion For A Stay Of proceedings In The USDC filed by the Plaintiff into the U.S. Court of Appeals for the First Circuit. The attached Motion To Stay Proceedings in **Tyree v. U.S. Army, Et al.,** C.A. 04-11430, filed into the U.S. court of Appeals seeking the Court of Appeals to direct the stay at C.A. 04-11430 (USDC docket), is also supported by the same affidavit that this Motion To Stay Proceedings relies upon. It is prayed that the Stay be granted in the above captioned case pending review of the material in the Court of Apppeals to determine if the Plaintiff will be reinstated in the U.S. Army. **If** the Court of Appeals rules in favor

Page two
Motion To Stay Proceedings
USDC, C.A. 04-11430

of the Plaintiff, that would moot the case pending in the USDC currently, as reinstatement in the U.S. Army would bar the litigation of any claims that arose while the Plaintiff was on active duty in the U.S. Army.

Respectfully submitted,                    February 21, 2005

*William M. Tyree* (signature)
William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071