December 20, 2004

Service of the copy of the summons and amended complaint with exhibit(s) 1-7, were served on AUSA Michael P. Sady, via the Civil Process Clerk at the Office of the U.S. Attorney pursuant to Rule 4(i)(1)(A), Certified Mail #7003 0500 0004 5797 2609 on 12/20/04.

United States District Court
Attn: Clerk, Lindsay, J., USDC
5130 John J. Moakley Court House
1 Courthouse Way
Boston, Massachusetts 02210

RE: Tyree v. U.S. Army, Et al.
    C.A. 04-11430-RCL - Compliance
    With Order Of Lindsay, J., Of
    December 13, 2004 To Reserve
    Defendant Joseph Burzenski With
    Civil Action Via U.S. Marshal.

Dear clerk:

Pursuant to the Order of December 13, 2004, from Judge Lindsay, I have undertaken the following action. Please be so advised, thank you:

1. pursuant to Rule 4(i)(1)(A) "Serving the United States Its Agencies, Corporations, Officers, or Employees...(A) by delivering a copy of the summons and the complaint to the United States Attorney for the district in which the action is brought ...by sending a copy of the summons and of the complaint by registered or certified mail addressed to...the office of the United States Attorney..."

Defendant(s) United States Army, and U.S. Army CID Agent Paul Mason were served via Rule 4(i)(1)(A)(c) with Certified Mail, seen attached #7003 0500 0004 5797 6812, and #7003 0500 0004 5798 4671, on the Office of the United States Attorney, as further seen at Docket #4 in the docket of the above cited case. Docket entry dated 7/30/2004;

2. pursuant to Rule 4(i)(1)(A), I have effected service of a copy of the summons and the Amended Complaint with Exhibit 1-7, on the Office of the United States Attorney for Defendant Joseph Burzenski, U.S. Army CID (Retired), by mailing same Certified Mail to Assistant United States Attorney Michael P. Sady, 9200 John J. Moakley Courthouse, One Courthouse Way, Boston, Massachusetts,

*See F.R.C.P. Rule 4(i)(c)(2) CERTIFIED MAIL TO U.S. OFFICER ALSO SEE RULE 4(i)(c)(3)*

Page two
Letter To U.S. District Court
December 20, 2004


02210, who is the Assistant United States Attorney listed at the docket in the above entitled case. As counsel for Defendant Burzenski, pursuant to Rule 4(i)(1)(A), Mr. Sady is authorized to receive service of the summons and amended complaint with exhibit 1-7 on behalf of Defendant Burzenski.

I have further served Mr. Sady for two additional reasons with a copy of the summons and the amended complaint with exhibit 1-7, as counsel for Joseph Burzenski:

    (a). Mr. Burzenski contacted the prison in Walpole, Massachusetts, after he refused Certified U.S. Mail service in July 2004, and complained to prison staff, Sergeant Pat Mullvey, that I attempted to contact him. Sgt. Mullvey interviewed me and gave me a direct order to have no further dealigs with Burzenki of any description including contact through a second person with Burzenski. For that reason, I could not serve Burzenski by U.S. Marshal as that would constitute second person association with Burzenski. I have served Mr. Sady who is counsel of record for Joseph Burzenski for that reason;

    (b). Mr. Sady has already filed two motions for a first, and second enlargement of time to investigate and file an answer to the amended complaint with exhibit 1-7 in support thereof. Both mothions failed to outline that they did not represent Mr. Burzenski (due to lack of service, or improper service). As such, they are seen to waive that objection. Further, Mr. Sady is aware that I have attempted in **good faith** to serve Mr. Burzenski, and that the events detailed in this letter have taken place.

Based on the contents of this letter, I have served all three defendants in the above action at Dcoket 04-11430-RCL via the Federal Rules of Civil Procedure, Rule 4(i)(1)(A), and will make proof of service on Mr. Burzenski, as soon as the Certified Mail Card is returned from the office of AUSA Michael P. Sady.

Thank you for your time in this matter, and I trust that this has addressed the Order of Judge Lindsay.

Respectfully submitted,

*William M. Tyree*
William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071

\* SERVICE PURSUANT TO (RULE 4(i)(1)(A)(C)

cc: AUSA Sady
    file



```
UNITED STATES POSTAL SERVICE                          First-Class Mail
                                                      Postage & Fees Paid
                                                      USPS
                                                      Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

        Bill Tyree

        P.O. Box-100

        S. Walpole, MA. 02071
```

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. Dept. of Justice<br>John J. Moakley Courthse.<br>1 Courthse Way, Suite 9200<br>Boston, Massachusetts<br>02210<br><br>Attn: Michael J. Sullivan | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>XX Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 0500 0004 5798 4671 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-103



```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

            OFFICIAL USE
Postage         $  3.95
Certified Fee      2.30          Postmark
Return Receipt Fee 1.75          Here
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

7003 0500 0004 5798 4671

Sent To: U.S. Dept. of Justice
Street: 1 Courthouse Way, Suite 9200
City, State, ZIP+4: Boston, MA. 02210
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Mason/Dept. of Justice
John J. Moakley Courthse
1 Courthse Way, Suite 9200
Boston, Massachusetts
02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Address

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0004 5797 6812

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1

---

UNITED STATES POSTAL SERVICE

[postmark: BOSTON MA 021, PM, 2004]    26

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bill Tyree

P.O. Box-100

S. Walpole, MA. 02071

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 3.95 |
| Certified Fee | 230 |
| Return Reciept Fee (Endorsement Required) | 175 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Paul Mason/Dept. of Justice
Street, Apt. No.; or PO Box No.: Courthse Way, Suite 9200
City, State, ZIP+4: Boston, MA. 02210

PS Form 3800, June 2002    See Reverse for Instructions

7003 0500 0004 5797 6812