UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM M. TYREE<br>P.O. BOX-100<br>SOUTH WALPOLE, MA. 02071<br>PLAINTIFF, Pro se<br><br>V.<br><br>UNITED STATES ARMY<br>CID AGENT PAUL MASON (Retired)<br>CID AGENT JOSEPH BURZENSKI (Retired)<br>DEFENDANTS<br>U.S. Department of Justice<br>John J. Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>(Main phone: 617-748-3100)<br>Counsel for Defendants | C.A. 04-11430-RCL<br><br>PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME UNTIL MAY 21, 2005 TO FILE PROOF OF SERVICE OF PROCESS ON ALL NAMED DEFENDANT'S.<br><br>F.R.C.P. Rule 6(b) |

Comes now the Plaintiff, William M. Tyree, **pro se**, who moves this United States District Court, (USDC), in the above entitled case to allow this motion for an enlargement of time up to and including May 21, 2005. As grounds to allow this motion the Plaintiff would offer the attached affidavit in support.

Respectfully submitted,

/s/ William M. Tyree
William M. Tyree
Pro se
P.O. Box-100
S. Walpole, MA. 02071

Dated: April 21, 2005