UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**WILLIAM M. TYREE, JR.**

V.                                          **CIVIL ACTION NO. 04-11430-RCL**

**UNITED STATES ARMY, ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Court's Order of October 26, 2005 allowing the motion to dismiss of the defendant United States Army, Judgment is hereby entered as follows: Judgment for the defendants dismissing this action.

October 27, 2005                                          /s/ Lisa M. Hourihan
                                                                         Deputy Clerk